JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CAROLYN BYRNES, | Case No: CV 15-2112 GW(PJWx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | Date Action Filed: March 20, 2015<br>Trial Date:         February 1, 2016 |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 14, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE